FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 23 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:21-MJ-700-RDC |
| Duwaun Na'jee Williams | |

### Order

Having read and considered the government's Motion to Unseal **Complaint** and application and for good cause shown,

It is hereby ORDERED that the **Complaint** and application be unsealed.

SO ORDERED this 23d day of July, 2021.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

Presented by:
Theodore S. Hertzberg, Assistant United States Attorney