# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA  
v.  

Dawuan Na'jee Williams

**WARRANT FOR ARREST**  
AGENT TO ARREST

Case Number: 1:21-MJ-0700

TO: The United States Marshal  
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Dawuan Na'jee WILLIAMS

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with: possession of a firearm by a prohibited person; making a false and fictitious oral or written statement in connection with the acquisition of a firearm from a licensed dealer of firearms, and furnishing and exhibiting a false, fictitious, and misrepresented identification, intended or likely to deceive such federally licensed firearms dealer with respect to any fact material to the lawfulness of the sale or such firearm; and, during and in relation to a violation of Title 18, United States Code, Section 922(a)(6), knowingly transferring, possessing, and using, without lawful authority, a means of identification of another person,

in violation of Title 18, United States Code, Sections 922(g)(1), 922(a)(6), and 1028A(a)(1).

REGINA D CANNON  
Name of Issuing Officer

United States Magistrate Judge  
Title of Issuing Officer

*FILED IN CLERK'S OFFICE U.S.D.C. - Atlanta*  
*AUG 06 2021*  
*KEVIN P WEIMER, Clerk*  
*By: Deputy Clerk*

July 20, 2021  
Atlanta, Georgia  
Date and Location

Signature of Issuing Officer  
Issued pursuant to Fed. R. Crim. P. 4.1

by *R. Cannon*  
Name of Judicial Officer

Bail Fixed at $_____

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

416 Montgomery Place Jonesboro, GA

Date Received: 7-20-2021

Date of Arrest: 7-22-2021

Michael Bustros SA  
Name and Title of Arresting Officer

Signature of Arresting Officer